**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RUTH E. MCKINNEY                                                                  PLAINTIFF

vs.                                               No. 3:04cv00299-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and

Adjudged that the decision of the Commissioner is reversed and remanded for action consistent

with the opinion in this case.  This is a "sentence four" remand within the meaning of 42 U.S.C.

§ 405(g) and *Melkonyan v. Sullivan,* 501 U.S. 89 (1991).


IT IS SO ORDERED.

DATED this 27th  day of September, 2005.




_____
UNITED STATES MAGISTRATE JUDGE